# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) TREADWELL, MARC T. | 2. Court or Organization UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF GEORGIA | 3. Date of Report 01/27/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

P. O. BOX 65
MACON, GA 31202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Trustees | Mercer University |
| 2. | Member of Board of Trustees | The Peyton Anderson Foundation |
| 3. | Member of Board of Trustees | Walter F. George School of Law Foundation, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 01/27/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Mercer Law School - Salary | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Self-employed landscape architect (d/b/a WT Designs) |
| 2. 2018 | Self-employed real estate professional (d/b/a WT Development, LLC) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American College of Trial Lawyers Mid-Year Meeting | 02/28/2018 - 03/02/2018 | Phoenix, AZ | Speaker at seminar | Transportation, meals, hotel |
| 3. | Jere White Seminar | 11/08/2018 - 11/09/2018 | Birmingham, AL | Speaker at seminar | Meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch | Line of Credit-assets of Brkrg #1 (Part VII,Lns 7-9) and Brkrg #3 (Part VII,Lns 48-101) are collateral. | K |
| 2. | Renasant Bank | Construction loan for improvements to Property #3 (Part VII, Ln 4). | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State Bank and Trust Company Accounts (Y) | | | | | | | | | |
| 2. Rental Property #1, Fripp Island, South Carolina | C | Rent | O | W | | | | | |
| 3. Rental Property #2, Macon, Georgia | D | Rent | M | W | | | | | |
| 4. Rental Property #3, Macon, Georgia | C | Rent | L | W | | | | | |
| 5. Rental Property #4, Auburn, Alabama | E | Rent | M | W | | | | | |
| 6. Lincoln National Life - Survivorship universal life policy | | None | L | V | | | | | |
| 7. Brokerage #1 (H) | | | | | | | | | |
| 8. -Merrill Lynch Cash Management Account | A | Interest | J | T | | | | | |
| 9. -Apple Inc. (common) | A | Dividend | K | T | | | | | |
| 10. Brokerage #2 (H) | | | | | | | | | |
| 11. -Merrill Lynch Cash Management Account | A | Interest | J | T | | | | | |
| 12. -Amazon Com Inc (common) | | None | J | T | Buy | 09/21/18 | J | | |
| 13. -American Express Company (common) | A | Dividend | K | T | | | | | |
| 14. -Ameriprise Financial Inc (common) | A | Dividend | K | T | | | | | |
| 15. -Bristol-Myers Squibb Co (common) | A | Dividend | K | T | | | | | |
| 16. -Facebook Inc (common) | | None | | | Sold | 03/28/18 | J | B | |
| 17. -Avanos Medical Inc (formerly "Halyard Health, Inc") (common) (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Home Depot Inc (common) | B | Dividend | M | T | Sold (part) | 07/11/18 | J | D | |
| 19. -Johnson and Johnson (common) | B | Dividend | M | T | Donated (part) | | | | |
| 20. -Kimberly Clark (common) | B | Dividend | L | T | Sold (part) | 10/11/18 | J | D | |
| 21. -Zimmer Holdings Inc (common) | A | Dividend | J | T | | | | | |
| 22. -Allstate Corp (common) (X) | | None | K | T | | | | | |
| 23. -Abbot Labs (common) (X) | A | Dividend | K | T | | | | | |
| 24. -Abbvie Inc (common) (X) | A | Dividend | K | T | | | | | |
| 25. -Alphabet Inc Cl A (common) (X) | | None | K | T | | | | | |
| 26. -Alphabet Inc Cl c (common) (X) | | None | K | T | | | | | |
| 27. -Blackrock Inc (common) (X) | A | Dividend | K | T | | | | | |
| 28. -Capital One Fncl (common) (X) | A | Dividend | K | T | | | | | |
| 29. -ConocoPhillips (common) (X) | A | Dividend | K | T | | | | | |
| 30. -Coca Cola Co (common) (X) | A | Dividend | J | T | | | | | |
| 31. -Colgate Pa;malive (common) (X) | A | Dividend | L | T | | | | | |
| 32. -Disney (Walt) Co (common) (X) | | None | L | T | | | | | |
| 33. -Exxon Mobil Corp (common) (X) | A | Dividend | K | T | | | | | |
| 34. -General Electric (common) (X) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Intel Corp (common) (X) | A | Dividend | L | T | | | | | |
| 36. -Intl Business Machines (common) (X) | A | Dividend | J | T | | | | | |
| 37. -JPMorgan Chase & Co (common) (X) | A | Dividend | K | T | | | | | |
| 38. -Praxair Inc (common) (X) | | None | | | Merged (with line 39) | 10/31/18 | J | E | |
| 39. -Linde PLC (common) (X) | A | Dividend | K | T | | | | | |
| 40. -Microsoft Corp (common) (X) | A | Dividend | M | T | | | | | |
| 41. -Verizon Comm (common) (X) | A | Dividend | K | T | | | | | |
| 42. -Oppenheimer Funds - Developing Markets Fd-I (X) | A | Dividend | J | T | | | | | |
| 43. -Ulta Beauty Inc (common) | | None | J | T | Buy | 09/21/18 | J | | |
| 44. -Marriot Intl Inc (common) | A | Dividend | J | T | Buy | 09/21/18 | J | | |
| 45. -Delta Air Lines Inc (common) | A | Dividend | J | T | Buy | 09/21/18 | J | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. Brokerage #3 (H) | | | | | | | | | |
| 49. -Merrill Lynch Cash Management Account | A | Dividend | J | T | | | | | |
| 50. -Apple Inc (common) | A | Dividend | K | T | Donated (part) | | | | |
| 51. -Ishares U.S. Financial Services ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ishares U.S. Industrials ETF | A | Dividend | J | T | | | | | |
| 53. -Powershares QQQ Trust SE 1 | A | Dividend | | | Sold (part) | 02/06/18 | J | A | |
| 54. | | | | | Sold | 06/04/18 | K | | |
| 55. -Invesco QQQ Tr Ser 1 (X) | A | Dividend | K | T | Sold (part) | 10/05/18 | J | C | |
| 56. -Ishares U.S. Technology | A | Dividend | J | T | Buy (add'l) | 12/26/18 | J | | |
| 57. | | | | | | | | | |
| 58. -Ishares S&P 500 Growth Index | A | Dividend | K | T | Sold (part) | 02/06/18 | J | A | |
| 59. | | | | | Sold (part) | 10/05/18 | J | B | |
| 60. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 61. | | | | | Sold (part) | 11/20/18 | J | | |
| 62. -Ishares US Healthcare (formerly "Ishares Dow Jones US Healthcare") | A | Dividend | J | T | | | | | |
| 63. -Ishares MSCI Emerging Mkts | | None | | | Sold (part) | 02/06/18 | J | A | |
| 64. | | | | | Sold (part) | 05/24/18 | J | A | |
| 65. | | | | | Sold | 06/13/18 | J | B | |
| 66. -Ishares Dow Jones US Index Fund | A | Dividend | K | T | Sold (part) | 02/06/18 | J | A | |
| 67. | | | | | Sold (part) | 02/08/18 | J | B | |
| 68. | | | | | Buy (add'l) | 02/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/05/18 | J | A | |
| 70. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 71. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 72. | | | | | Sold (part) | 11/20/18 | J | | |
| 73. | | | | | Sold (part) | 11/20/18 | J | | |
| 74. -Ishares MSCI EAFE Index Fund ETF | | None | | | Sold (part) | 02/06/18 | J | A | |
| 75. | | | | | Sold | 03/27/18 | K | A | |
| 76. -Ishares S&P Smallcap 600 Growth Fund | A | Dividend | | | Buy | 04/05/18 | J | | |
| 77. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 78. | | | | | Buy (add'l) | 05/24/18 | J | | |
| 79. | | | | | Sold (part) | 10/05/18 | J | A | |
| 80. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 81. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 82. | | | | | Sold (part) | 11/20/18 | J | | |
| 83. | | | | | Sold (part) | 11/20/18 | J | | |
| 84. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 85. | | | | | Sold | 12/27/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Ishares TR Russell 2000 Fund | A | Dividend | | | Buy | 06/13/18 | J | | |
| 87. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 88. | | | | | Sold | 12/26/18 | J | | |
| 89. -Ishares S&P Midcap 400 Growth Fund | A | Dividend | K | T | Buy | 06/13/18 | J | | |
| 90. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 91. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 92. | | | | | Sold (part) | 11/20/18 | J | | |
| 93. -SPDR S&P 500 ETF Trust | A | Dividend | | | Buy | 11/28/18 | J | | |
| 94. | | | | | Sold | 12/26/18 | J | | |
| 95. -First Tr Exchange Traded Alphadex Fd Small Cap Growth Alphadex Fd | A | Dividend | | | Buy | 11/28/18 | J | | |
| 96. | | | | | Sold | 12/26/18 | J | | |
| 97. -Vanguard Information Tech ETF | A | Dividend | | | Buy | 11/28/18 | J | | |
| 98. | | | | | Sold | 12/26/18 | J | | |
| 99. -Vanguard 500 Index Fund | | None | J | T | Buy | 12/26/18 | J | | |
| 100. -SPDR Dow Jones Indust Av | | None | J | T | Buy | 12/26/18 | J | | |
| 101. -SPDR S&P Midcap 400 ETF | | None | K | T | Buy | 12/27/18 | J | | |
| 102. IRA #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 10 of 21

Name of Person Reporting

TREADWELL, MARC T.

Date of Report

01/27/2020

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Merrill Lynch cash holding account | A | Int./Div. | J | T | | | | | |
| 104.  -Delaware Corporate Bond Fund Instl Cl (Y) | | | | | | | | | |
| 105.  -Alababa Group Holding LT (common) | | None | J | T | | | | | |
| 106.  -Apple Inc (common) | A | Dividend | J | T | | | | | |
| 107.  -Ishares U.S. Financial Services ETF | A | Dividend | J | T | | | | | |
| 108. | | | | | | | | | |
| 109.  -Ishares U.S. Healthcare | A | Dividend | J | T | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112.  -Ishares U.S. Technology | A | Dividend | J | T | | | | | |
| 113. | | | | | | | | | |
| 114.  -Ishares S&P 500 Growth | A | Dividend | J | T | Sold (part) | 10/05/18 | J | A | |
| 115. | | | | | Sold (part) | 10/08/18 | J | A | |
| 116. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 117. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 118. | | | | | Sold (part) | 11/20/18 | J | A | |
| 119. | | | | | Sold (part) | 11/20/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 121. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 122.  -Powershares QQQ Trust SE 1 | A | Dividend | | | Sold | 06/04/18 | J | | |
| 123.  -Invesco QQQ Trust Ser 1 (X) | A | Dividend | J | T | Sold (part) | 10/08/18 | J | A | |
| 124. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 125. | | | | | Sold (part) | 11/20/18 | J | A | |
| 126. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 127.  -Ishares MSCI Emerging Mkts | A | Dividend | | | Sold (part) | 05/24/18 | J | A | |
| 128. | | | | | Sold | 06/13/18 | J | B | |
| 129.  -Ishares MSCI EAFE | A | Dividend | | | Sold | 03/27/18 | J | | |
| 130.  -Ishares Tr Russell 2000 | A | Dividend | J | T | Sold (part) | 10/08/18 | J | A | |
| 131.  -Ishares US Industrials ETF | A | Dividend | J | T | | | | | |
| 132.  -Ishares Dow Jones US Index Fund ETF | A | Dividend | J | T | Sold (part) | 02/08/18 | J | | |
| 133. | | | | | Sold (part) | 02/09/18 | J | | |
| 134. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 135. | | | | | Sold (part) | 10/05/18 | J | A | |
| 136. | | | | | Sold (part) | 10/08/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 138. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 139. | | | | | Sold (part) | 11/20/18 | J | | |
| 140. | | | | | Sold (part) | 11/20/18 | J | | |
| 141. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 142. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 143. -Ishares S&P Smallcap 600 Growth Fund | A | Dividend | J | T | Buy | 04/05/18 | J | | |
| 144. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 145. | | | | | Buy (add'l) | 05/24/18 | J | | |
| 146. | | | | | Sold (part) | 10/08/18 | J | A | |
| 147. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 148. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 149. | | | | | Sold (part) | 11/20/18 | J | | |
| 150. | | | | | Sold (part) | 11/20/18 | J | | |
| 151. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 152. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 153. -Ishares S&P Midcap 400 Growth Fund | A | Dividend | J | T | Buy | 06/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 155. | | | | | Sold (part) | 10/08/18 | J | | |
| 156. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 157. | | | | | Sold (part) | 11/20/18 | J | | |
| 158. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 159. | | | | | | | | | |
| 160. IRA #2 (H) | | | | | | | | | |
| 161. -Merrill Lynch cash holding account | A | Int./Div. | J | T | | | | | |
| 162. American Cap World Gr & Income Fund F-2 | C | Dividend | K | T | Sold (part) | 09/04/18 | K | D | |
| 163. -Apple Inc (Common) | A | Dividend | K | T | | | | | |
| 164. -Alababa Group Holding LTD | | None | J | T | | | | | |
| 165. -Novo Nordisk A S ADR | A | Dividend | J | T | | | | | |
| 166. -Ishares MSCI Emerging Markets Index Fund | A | Dividend | J | T | | | | | |
| 167. -CVS Health Corp (common) | A | Dividend | J | T | | | | | |
| 168. -Amazon Com Inc (common) | | None | J | T | | | | | |
| 169. -First Data Corporation (common) | | None | J | T | Buy | 09/04/18 | K | | |
| 170. 401(k) Retirement Plan (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -American Funds - Growth Fund of America-R3 | E | Dividend | N | T | | | | | |
| 172. -American Funds - Investment Company of America-R3 | D | Dividend | M | T | | | | | |
| 173. -American Funds - Fundamental Investors-R3 | E | Dividend | M | T | | | | | |
| 174. IRA #3 (H) | | | | | | | | | |
| 175. -Merrill Lynch cash holding account | A | Int./Div. | J | T | | | | | |
| 176. -Delaware Corporate Bond Fund Instl Cl (Y) | | | | | | | | | |
| 177. -Amazon Com Inc | | None | J | T | | | | | |
| 178. -Apple Inc (common) | A | Dividend | K | T | | | | | |
| 179. -Ishares U.S. Financial Services ETF | A | Dividend | J | T | | | | | |
| 180. -Ishares U.S. Healthcare | A | Dividend | J | T | | | | | |
| 181. -Ishares U.S. Technology | A | Dividend | J | T | | | | | |
| 182. -Ishares S&P 500 Growth | A | Dividend | J | T | Sold (part) | 10/05/18 | J | A | |
| 183. | | | | | Sold (part) | 10/08/18 | J | A | |
| 184. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 185. | | | | | Sold (part) | 11/20/18 | J | A | |
| 186. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 187. | | | | | Buy (add'l) | 12/03/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Powershares QQQ Trust SE 1 | | None | | | Sold | 06/04/18 | J | | |
| 189. -Invesco QQQ Trust Ser 1 (X) | A | Dividend | J | T | Sold (part) | 10/08/18 | J | A | |
| 190. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 191. | | | | | Sold (part) | 11/20/18 | J | A | |
| 192. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 193. -Ishares MSCI Emerging Markets | A | Dividend | | | Sold (part) | 05/24/18 | J | A | |
| 194. | | | | | Sold | 06/13/18 | J | B | |
| 195. -Ishares MSCI EAFE | A | Dividend | | | Sold | 03/27/18 | J | A | |
| 196. -Ishares Russell 2000 Index ETF | A | Dividend | J | T | Buy (add'l) | 06/13/18 | J | | |
| 197. | | | | | Sold (part) | 10/08/18 | J | A | |
| 198. -Ishares U.S. Industrials ETF | A | Dividend | J | T | | | | | |
| 199. -Ishares Dow Jones US Index Fund ETF | A | Dividend | J | T | Sold (part) | 02/08/18 | J | A | |
| 200. | | | | | Sold (part) | 02/09/18 | J | A | |
| 201. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 202. | | | | | Sold (part) | 10/05/18 | J | A | |
| 203. | | | | | Sold (part) | 10/08/18 | J | A | |
| 204. | | | | | Buy (add'l) | 10/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 206. | | | | | Sold (part) | 11/20/18 | J | | |
| 207. | | | | | Sold (part) | 11/20/18 | J | | |
| 208. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 209. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 210.  -Ishares S&P Smallcap 600 Growth Fund | A | Dividend | J | T | Buy | 04/05/18 | J | | |
| 211. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 212. | | | | | Buy (add'l) | 05/24/18 | J | | |
| 213. | | | | | Sold (part) | 10/08/18 | J | A | |
| 214. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 215. | | | | | Sold (part) | 11/20/18 | J | | |
| 216. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 217. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 218.  -Ishares S&P Midcap 400 Growth Fund | A | Dividend | J | T | Buy | 06/13/18 | J | | |
| 219. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 220. | | | | | Sold (part) | 10/08/18 | J | | |
| 221. | | | | | Buy (add'l) | 10/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 11/20/18 | J | | |
| 223. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 224. Trust #1 (H) | | | | | | | | | |
| 225. -PWM Fiduciary Master Dep Acct | A | Int./Div. | | | | | | | |
| 226. -Exxon Mobil Corp (Common) | B | Dividend | | | Distributed | 09/14/18 | K | | |
| 227. -Praxair Inc (Common) | A | Dividend | | | Distributed | 09/14/18 | K | | |
| 228. -General Electric Co (Common) | B | Dividend | | | Distributed | 09/14/18 | K | | |
| 229. -Home Depot Inc (Common) | C | Dividend | | | Distributed | 09/14/18 | M | | |
| 230. -Coca-Cola Co (Common) | A | Dividend | | | Distributed | 09/14/18 | J | | |
| 231. -Colgate Palmolive Co (Common) | B | Dividend | | | Distributed | 09/14/18 | L | | |
| 232. -Kimberly Clark Corp (Common) | A | Dividend | | | Distributed | 09/14/18 | K | | |
| 233. -Bristol Myers Squibb Co (Common) | A | Dividend | | | Distributed | 09/14/18 | K | | |
| 234. -Johnson & Johnson (Common) | B | Dividend | | | Distributed | 09/14/18 | M | | |
| 235. -American Express Co (Common) | A | Dividend | | | Distributed | 09/14/18 | K | | |
| 236. -JP Morgan Chase & Co (Common) | A | Dividend | | | Distributed | 09/14/18 | L | | |
| 237. -Intel Corp (Common) | B | Dividend | | | Distributed | 09/14/18 | L | | |
| 238. -Microsoft Corp (Common) | B | Dividend | | | Distributed | 09/14/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Verizon Communications (Common) | A | Dividend | | | Distributed | 09/14/18 | K | | |
| 240. -Oppenheimer Funds - Developing Markets Fd-I | A | Dividend | | | Distributed | 09/14/18 | J | | |
| 241. -Capital One Fncl Corp (Common) | A | Dividend | | | Distributed | 09/14/18 | K | | |
| 242. -International Business Machines Corp (Common) | A | Dividend | | | Distributed | 09/14/18 | J | | |
| 243. -Blackrock Inc Cl A (Common) | A | Dividend | | | Distributed | 09/14/18 | K | | |
| 244. -ConocoPhilips (Common) | A | Dividend | | | Distributed | 09/14/18 | K | | |
| 245. -Alphabet Inc Cl A (Common) | | None | | | Distributed | 09/14/18 | J | | |
| 246. -Disney Walt Co New (Common) | A | Dividend | | | Distributed | 09/14/18 | L | | |
| 247. -Allstate Corp (Common) | A | Dividend | | | Distributed | 09/14/18 | K | | |
| 248. -Alphabet Inc Cl C (Common) | | None | | | Distributed | 09/14/18 | J | | |
| 249. Trust #2 (H) | | | | | | | | | |
| 250. -Cash in trust - undistributed (X) | | None | J | T | | | | | |
| 251. -Abbott Labs (Common) | A | Dividend | | | Sold (part) | 09/05/18 | J | C | |
| 252. | | | | | Distributed | 09/13/18 | K | | |
| 253. -Intel Corp (Common) | A | Dividend | | | Distributed | 09/13/18 | J | | |
| 254. -Note Rec. (Mortgage on rental prop #1-Part VI, Ln 2) | | None | | | Distributed | 09/06/18 | M | | |
| 255. -Alphabet Inc Cl A (Common) | | None | | | Distributed | 09/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 01/27/2020 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Abbvie Inc (Common) | A | Dividend | | | Distributed | 09/13/18 | K | | |
| 257. -Alphabet Inc Cl C (Common) | | None | | | Distributed | 09/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 01/27/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

Part VII, Line 6: The value of the universal life policy in Column C(1) is the contract value as of 12/31/2018.

Part VII, Line 17: During 2018, Halyard Health, Inc. changed its name to Avanos Medical, Inc.

Part VII, Lines 224 through 228: During 2018, Trust #1 was terminated per a court order, and all securities were distributed to the filer's spouse (who was the beneficary), and the securities were subsequently transferred into Brokerage #2 on 9/14/2018. Securities added to the brokerage account are identified with an "X" after the security name, unless there were shares already being held for that security in the account.

Part VII, Lines 249 through 257: During 2018, Trust #2 was terminated per a court order, and all securities were distributed to the filer's spouse (who was the beneficary), and the securities were subsequently transferred into Brokerage #2 on 9/13/2018. Securities added to the brokerage account are identified with an "X" after the security name, unless there were shares already being held for that security in the account.

Part VII, Line 254: The assets of Trust #1 terminated during 2018 included a note between the trust (the lender) and the beneficiary (the debtor). When the trust was terminated, the note was distributed to the beneficiary, so the lender and the debtor became the same person. Therefore, the debt was essentially cancelled on the date of distribution.

Part VII, Lines 38 and 39: On 10/31/2018, Praxair, Inc. merged with Linde PLC. Stockholders who owned Praxair shares received 1 share of Linde PLC for each share of Praxair. This was a taxable transaction.

Part VII, Lines 54 and 55: On 6/4/2018, 173 shares of Powershares QQQ Trust SE 1 were exchanged for 173 shares of Invesco QQQ Trust Ser 1 in a nontaxable exchange of mutual funds. The type of transaction on line 54 was entered as a "sale" because there is no transaction description for "exchanges" of mutual funds. There was no gain or loss on the exchange transaction.

Part VII, Lines 122 and 123: On 6/4/2018, 35 shares of Powershares QQQ Trust SE 1 were exchanged for 35 shares of Invesco QQQ Trust Ser 1 in a nontaxable exchange of mutual funds. The type of transaction on line 122 was entered as a "sale" because there is no transaction description for "exchanges" of mutual funds. There was no gain or loss on the exchange transaction.

Part VII, Lines 188 and 189: On 6/4/2018, 42 shares of Powershares QQQ Trust SE 1 were exchanged for 42 shares of Invesco QQQ Trust Ser 1 in a nontaxable exchange of mutual funds. The type of transaction on line 188 was entered as a "sale" because there is no transaction description for "exchanges" of mutual funds. There was no gain or loss on the exchange transaction.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ MARC T. TREADWELL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544